# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 18, 2009

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

Nos. 08-1067 & 08-1689

| | |
|---|---|
| LINDQUIST FORD, INC., STEVEN LINDQUIST, and CRAIG MILLER, <br> *Plaintiffs-Appellees*, | Appeal from the <br> United States District Court for the <br> Western District of Wisconsin. |
| *v.* | No. 07 C 12 |
| MIDDLETON MOTORS, INC., <br> *Defendant-Appellant*. | Barbara B. Crabb, <br> *Chief Judge*. |

**O R D E R**

The petition for panel rehearing is DENIED.

The slip opinion released on February 25, 2009, in this matter is AMENDED as follows:

The last sentence of footnote 4 on p. 18 of the slip opinion ("There is no need for a presumption where, as here, there is direct and circumstantial evidence about Lindquist's expectation of payment.") is DELETED. The following is INSERTED in its place:

There is no need for a presumption where there is direct or circumstantial evidence about expectation of payment; applying a presumption in such a case is not only unnecessary but inappropriate. Here, there is both direct and circumstantial evidence about Lindquist's expectation of payment, and therefore no presumption applies.